## Commonwealth *v.* Easter, Appellant.

Argued March 10, 1975. *John J. Krafsig, Jr.,* for appellant; *Edwin W. Frese, Jr.,* Deputy District Attorney, with him *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Felder, Appellant.

Argued March 19, 1975. *Peter G. Loftus,* for appellant; *Ernest D. Preate, Jr.,* Assistant District Attorney, with him *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.